COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                              SUPERIOR COURT

| | |
|---|---|
| New England Power Company d/b/a National Grid,<br><br>Plaintiff,<br><br>v.<br><br>T-Mobile USA, INC.,<br><br>Defendant. | Civil Action No. |

## COMPLAINT

1. The plaintiff, New England Power Company, d/b/a National Grid ("NEPC"), is a Massachusetts corporation with a usual place of business at 40 Sylvan Road, Waltham, Massachusetts, 02451.

2. The defendant, T-Mobile USA, INC. ("T-Mobile"), is an entity located at 12920 SE 38th Street, Bellevue, Washington 98006.

3. On or about August 6, 2017, a pole top fire occurred on structure #79 of transmission line #337 as a result of T-Mobile's negligence.

4. As a direct and proximate cause of T-Mobile's negligence, NEPC's utility pole and equipment were damaged.

5. As a direct and proximate cause of T-Mobile's negligence, NEPC sustained damage to its property in the amount of $117,585.84.

Wherefore, NEPC demands judgment against T-Mobile in the amount of $117,585.84, together with interest and costs.

## JURY DEMAND

NEPC respectfully requests a trial by jury on all issues.

                                New England Power Company,
                                By its attorney,

                                *Stephen Doucette* (signature)
                                Stephen G. Doucette, BBO #132150
                                Doucette & Associates, Ltd
                                251 Main Street
                                Oxford, MA 01540
                                (508) 987-9944
                                steve@doucette.legal

Dated: July 31, 2019